# UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON
PROBATION OFFICE

October 11, 2017

**MATTHEW L. THOMPSON**

CHIEF PROBATION OFFICER
Thomas S. Foley
United States Courthouse
920 W Riverside, Room 540
PO BOX 306
SPOKANE, WA 99210-0306
(509) 742-6300 / fax (509) 742-6339

**BRANCH OFFICES**

FEDERAL BUILDING
25 S. 3rd Street, Room 326
PO BOX 1791
YAKIMA, WA 98907-1791
(509) 574-5535 / fax (509) 574-5539

FEDERAL BUILDING
825 Jadwin Ave, Suite 170
RICHLAND, WA 99352-0446
(509) 943-8130 / fax (509) 943-8139

REPLY TO   Yakima

The Honorable John T. Rodgers
United States Magistrate Judge
Thomas S. Foley U.S. Courthouse
PO Box 1493
Spokane, Washington 99210

RE: Ayers, Michael Richard
Dkt. No.: 2:17CR00168-SMJ-1
<u>Status Report/Request for Modification
of Conditions of Release</u>

Dear Judge Rodgers:

The purpose of this status report is to request the Court remove the following aspect of condition (28) Defendant shall participate in one or more of the following home confinement program(s):

**Home Detention**: Defendant shall be restricted to his/her residence at all times except for: attorney visits; court appearances; case-related matters; court-ordered obligations; or other activities as pre-approved by the Pretrial Services Office or supervising officer, including but not limited to employment, religious services, medical necessities, substance abuse testing or treatment, or mental health treatment.

The defendant is currently on GPS electronic monitoring with a curfew of 6 p.m. to 6 a.m. He is residing with his mother and acts as her care giver. The curfew will allow him to be away from the home during the listed hours to complete necessary tasks. The GPS will allow for monitoring of his movements and confirm he is not having contact with his co-defendant.

Should Your Honor have any questions or concerns, please feel free to contact me at 509-574-5530.

**Ayers, Michael Richard**
**October 11, 2017**
**Page 2**

                                                  Respectfully submitted,

                                                  Matthew L. Thomspon
                                                  Chief U.S. Probation Officer

                                 By:    s/Stephen Krous        10/11/2017
                                                  Stephen Krous               Date
                                                  U.S. Probation Officer

Approved by:

Jose Vargas          10/11/2017
Jose Vargas          Date
Supervisory U.S. Probation Officer

cc:    Timothy John Ohms, AUSA
        Adam R. Pechtel, Def. Counsel

**THE COURT ORDERS**

[ ]    No Action
[X]    Modify conditions of pretrial release

                                              John T. Rodgers
                                        United States Magistrate Judge